Daniel B. Beck, SBN 63865
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: (707) 576-7175
Fax: (707) 576-1878
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Lawrence V Hammer and Susan M Hammer

Debtor

Case No.: 10-11317
Chapter: 13

DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), the undersigned requests an order converting this chapter 13 case to one under chapter 7.

As required by Fed. R. Bankr. P. 1019, the Debtor(s) will file separately: 1. A statement of intention (Official Form B8), not later than 30 days after entry of the order of conversion or before the first date set for the meeting of creditors, whichever is earlier; 2. A schedule, including the name and address of each creditor, of unpaid debts incurred after the filing of the petition and before conversion, not later than 15 days after conversion of the case; 3. A Statement of Current Monthly Income and Means Test Calculation (Official Form B22A); and 4. If a plan has been confirmed, a. a schedule of unpaid debts incurred after confirmation but before conversion and that are not listed in the trustee's final report, not later than 15 days after the filing of the trustee's final report; and b. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion.

Date: August 31, 2010

/s/ Dan B. Beck
Dan B Beck
Attorneys for Debtor