| | |
|---|---|
| 1 | Daniel B. Beck, SBN 63825 |
|   | Evan Livingstone, SBN 252008 |
| 2 | BECK LAW PC |
|   | 2681 Cleveland Ave |
| 3 | Santa Rosa, CA 95403 |
|   | Phone (707) 576-7175 |
| 4 | Fax    (707) 576-1878 |
|   | Email: evanlivingtone@sbcglobal.net |
| 5 | |
|   | Attorneys for Debtor(s) |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.    10-11317 |
|---|---|---|
|   | ) | |
| Lawrence V Hammer and | ) | Chapter 7 |
| Susan M Hammer | ) | |
|   | ) | Hearing Date |
| Debtor | ) | **Off-Calendar** |
|   | ) | |
| _____ | ) | |

**WITHDRAWAL OF MOTION TO DISMISS CHAPTER 7 CASE**

TO the Honorable Judge and I and a air and 88881 you. You will Jaroslovsky all Creditors, the Chapter 7 Trustee and the United States Trustee:

Debtor(s), Lawrence V Hammer and Susan M Hammer, hereby withdraw their motion to dismiss case which was filed on November 7, 2010 as document # 39 on the court's docket. Debtors will appear at the next scheduled 341 meeting on December 8, 2010 at 9:00 AM with the documents requested by the trustee.

Date: December 2, 2010

/s/ Dan B. Beck_____
Dan B. Beck
Attorney for Debtor(s)