# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: LAWRENCE V. HAMMER  
SUSAN M. HAMMER  
Debtor(s)

Case No.: 10-1-1317AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard - Santa Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2010.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 09/01/2010.
6) Number of months from filing or conversion to last payment: 4.
7) Number of months case was pending: 9.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 30,482.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,188.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $1,188.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMC MORTGAGE SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| AMC MORTGAGE SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL - DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BRANDSR/GEMB | Unsecured | NA | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CAP ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CAP ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHEVRON | Unsecured | NA | NA | NA | .00 | .00 |
| CHEVRON | Unsecured | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |

Case: 10-11317   Doc# 53   Filed: 02/16/11   Entered: 02/16/11 10:36:01   Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: LAWRENCE V. HAMMER
      SUSAN M. HAMMER
      Debtor(s)

Case No.: 10-1-1317AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITI | Unsecured | 2,822.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| DISCOVER FIN SVCS LLC | Unsecured | 6,241.00 | NA | NA | .00 | .00 |
| DISCOVER FIN SVCS LLC | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| FUNANC/GEMB | Secured | NA | NA | NA | .00 | .00 |
| GEMB/CHEVRON | Unsecured | 40.00 | NA | NA | .00 | .00 |
| GEMB/JCP | Unsecured | NA | NA | NA | .00 | .00 |
| GEMB/MERVYNS | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC/YMAHA | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| LENS CR/GEMB | Unsecured | NA | NA | NA | .00 | .00 |
| LINDA S. GREEN, CH. 7 TRUSTEE | Admin | 1,188.00 | 1,188.00 | 1,188.00 | 1,188.00 | .00 |
| MACYSDSNB | Unsecured | 126.00 | NA | NA | .00 | .00 |
| NATIONAL CITY MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| PATRICIA A CUTLER, ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| RBS CC | Unsecured | NA | NA | NA | .00 | .00 |
| REDWOOD CREDIT UNION | Secured | 24,284.00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SVCIN | Unsecured | NA | NA | NA | .00 | .00 |
| TARGET NB | Unsecured | NA | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | Secured | 9,000.00 | NA | NA | .00 | .00 |
| UNVL/CITI | Unsecured | NA | NA | NA | .00 | .00 |
| UNVL/CITI | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Unsecured | NA | NA | NA | .00 | .00 |

0050-2B-EPIF2B-00020835-121746

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: LAWRENCE V. HAMMER  
      SUSAN M. HAMMER  
      Debtor(s)

Case No.: 10-1-1317AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO HM MORTGAG | Secured | 211,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 1,188.00 | 1,188.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $1,188.00 |
| **TOTAL DISBURSEMENTS:** | $1,188.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 01/31/2011      By: /s/David Burchard - Santa Rosa  
                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

0050-2B-EPIH2B-00020835-283662

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO: |
| LAWRENCE V. & SUSAN M. HAMMER | 10-1-1317AJ13 |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document: Trustee's Final Report and Account

Dated: 02/16/2011

                                                                                                                       Cecilia Marcelo
                                                                                                                       Cecilia Marcelo
                                                                                                                       Closed Case Administrator

DANIEL B. BECK
BECK LAW, P.C. 2681 CLEVELAND AVE. SANTA ROSA, CA 95403

LAWRENCE V. & SUSAN M. HAMMER
27371 BLUE LAKES CT WILLITS, CA 95490